The People of the State of New York ex rel. Demetrio Lifrieri, Appellant, v William A. Lee, Respondent.

Submitted August 25, 2014; decided September 23, 2014

Motion, insofar as it seeks leave to appeal from the April 2014 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the June 2014 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.